IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Anthony Sclafani,<br><br>   Plaintiff,<br><br>v.<br><br>Dignity Health Welfare Benefits Plan, *et al.*,<br><br>   Defendants. | No. CV-18-01519-PHX-JJT<br><br>**ORDER** |

  Upon review of the parties' Stipulation of Dismissal With Prejudice (Doc. 11), and good cause appearing,

  IT IS ORDERED granting the Stipulation (Doc. 11). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

  IT IS FURTHER ORDERED directing the Clerk to close this matter.

  Dated this 9th day of August, 2018.

              _____
              Honorable John J. Tuchi
              United States District Judge